UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| IN RE DANIEL B. WERNER, | Case No. 26-mc-51133<br>Honorable Linda V. Parker<br>Magistrate Judge Elizabeth A. Stafford |

**ORDER GRANTING PLAINTIFF'S MOTION TO COMPEL (ECF NO. 1)**

This is a miscellaneous action to compel compliance with a subpoena issued under Federal Rule of Civil Procedure 45 in an action pending in the Northern District of Iowa. ECF No. 1. Plaintiff, the Estate of Evelyn Zeman, served a subpoena for deposition on Daniel B. Werner, a nonparty to the Iowa litigation, in June 2026. ECF No. 1; ECF No. 1-4. Arguing that Werner failed to appear for deposition or respond to the Estate's inquiries for alternate deposition dates, the Estate initiated this case by moving to compel compliance. ECF No. 1. The Honorable Linda V. Parker referred the motion to the undersigned for hearing and determination under 28 U.S.C. § 636(b)(1)(A). ECF No. 2.

The Estate filed proof that they succeeded in personally serving Werner with the motion to compel on September 10, 2026, at his home

address at 2465 Wendrick Court, West Bloomfield, Michigan, 48323. ECF No. 3. That address was used previously to serve the subpoena on Werner successfully, as Werner responded to the Estate's attorneys by email after receiving the subpoena. *See* ECF No. 1, PageID.3; ECF No. 1-4, PageID.43; ECF No. 1-5, PageID.56; ECF No. 1-6. Under the local rules, Werner's response was due on September 24, 2026. E.D. Mich. LR 7.1(e)(1). But after four weeks, Werner had not responded to the motion.

The Court ordered Werner to show cause by October 22, 2026, why the Estate's motion to compel should not be granted. ECF No. 4. The Court served the order on Werner at his West Bloomfield mailing address and his email address at werneradv@gmail.com. *Id.*, PageID.72 (citing ECF No. 1-6, PageID.59-66). Again, Werner did not respond.

"[I]f a [party] fails to respond or otherwise oppose a [party's] motion, then the district court may deem the [non-moving party] to have waived opposition to the motion." *Humphrey v. U.S. Att'y Gen.'s Off.*, 279 F. App'x 328, 331 (6th Cir. 2008). Though Werner received notice of the subpoena, motion, and order to show cause, he did not respond. Because Werner has waived his opposition to the motion, the Court **GRANTS** the Estate's motion to compel and **ORDERS** Werner to provide the Estate's counsel with acceptable dates and appear for his deposition within 30 days.

s/Elizabeth A. Stafford
ELIZABETH A. STAFFORD
United States Magistrate Judge

Dated: October 23, 2026

## NOTICE TO PARTIES ABOUT OBJECTIONS

Within 14 days of being served with this order, any party may file objections with the assigned district judge. Fed. R. Civ. P. 72(a). The district judge may sustain an objection only if the order is clearly erroneous or contrary to law. 28 U.S.C. § 636. **"When an objection is filed to a magistrate judge's ruling on a non-dispositive motion, the ruling remains in full force and effect unless and until it is stayed by the magistrate judge or a district judge."** E.D. Mich. LR 72.2.

## CERTIFICATE OF SERVICE

The undersigned certifies that this document was served on counsel of record and any unrepresented parties via the Court's ECF System to their email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on October 23, 2026.

s/Caitlin Shrum
CAITLIN SHRUM
Case Manager